IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CLIFFORD CUMMINGS, et al.,**

    **Plaintiffs,**

   v.                                                      **Civil Action 2:24-cv-4041**
                                                                **Judge Edmund A. Sargus, Jr.**
                                                                **Magistrate Judge Jolson**

**STATE OF OHIO, et al.,**

    **Defendants.**

## ORDER

       This matter is before the Court on Plaintiff Clifford Cummings's Request for Authorization to Access E-Filing as Pro Se Plaintiff. (Doc. 4). The "grant of electronic filing privileges is a privilege granted to pro se litigants in the discretion of this Court." *Needham v. Butler Cnty. Jail*, No. 1:19-cv-294, 2019 WL 5883643, at *2 (S.D. Ohio Nov. 12, 2019). For good cause shown, the Motion is **GRANTED**, and Plaintiff Clifford Cummings is granted permission to participate in electronic case filing in this matter. He is also advised that the Court may, in its discretion, revoke or restrict his electronic filing privileges at any time should he abuse this privilege or fail to comply with the Local Rules.

       On a final note, only Plaintiff Clifford Cummings requests e-filing privileges. Plaintiff Abigail Cummings does not. (*See* Doc. 4). As such, Plaintiff Clifford Cummings is cautioned that "a nonlawyer can't handle a case on behalf of anyone except himself." *Zanecki v. Health Alliance Plan of Detroit*, 576 F. App'x 594, 595 (6th Cir. 2014); *see also Gonzales v. Wyatt*, 157 F.3d 1016, 1021 (5th Cir. 1998) ("[W]here the document is tendered and signed by a nonlawyer on behalf of another, then there comes into play the underlying principle itself, namely that in federal court a party can represent himself or be represented by an attorney, but cannot be represented by a

nonlawyer."). Put simply, the Court warns Clifford Cummings that he may not file documents on behalf of Abigail Cummings. *See Jordan v. City of Toledo*, No. 3:21-cv-1233, 2022 WL 1500470, at *5 (N.D. Ohio May 12, 2022) (stating that an individual cannot "properly file motions" on behalf of another); *Martin v. Fennville Pub. Sch. Dist.*, No. 1:21-cv-202, 2021 WL 5579204, at *2 (W.D. Mich. May 4, 2021) (denying a motion filed on behalf of another *pro se* plaintiff).

    IT IS SO ORDERED.


Date:  October 24, 2024                                              /s/ Kimberly A. Jolson
                                                                              KIMBERLY A. JOLSON
                                                                              UNITED STATES MAGISTRATE JUDGE